UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
BELLRIDGE CAPITAL L.P., a Florida Limited Partnership,

      Plaintiff,

- against -

12 RETECH CORP., a Nevada Corporation

      Defendant.
-----------------------------------------X

Case No.: 20-cv-567

[PROPOSED]
JUDGMENT AND ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2020

This matter having been commenced on January 22, 2020, by the filing of a Summons and Complaint, the Court finds as follows:

  1. A copy of the summons and complaint was served on Defendant 12 ReTech Corporation, by personally serving Daniele Naki, on January 28, 2020. Proof of service was filed on February 3, 2020. (Dkt. 6).

  2. Accordingly, Defendant was required to answer or otherwise move by February 18, 2020.

  3. To date, Defendant has failed to answer, appear or otherwise move,

  4. Plaintiff requested the Certificate of Default on February 24, 2020, (Dkt. 8), and the Clerk of the Court noted Defendant's default on February 24, 2020, and filed a Certificate of Default against Defendant. (Dkt. 9).

THEREFORE, it is ORDERED, ADJUDGED, AND DECREED: That the Court enter judgment against Defendant for the amount of $217,195.74, plus 24% accrued interest, from March 21, 2019.

Dated: New York, New York
     14 Oct , 2020

ENTER:

Hon. Colleen McMahon
United States District Judge